IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DONALD L. WISE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:16-CV-1039-M-BH |
| | ) |
| CHRIS WILMOTH, et al., | ) |
| | ) |
| Defendants. | ) Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant Hubener's Motion to Dismiss and Brief in Support*, filed May 30, 2016 (doc. 19), is **GRANTED**. By separate judgment, all of the plaintiff's claims against Katy Hubener will be **DISMISSED without prejudice** for lack of subject matter jurisdiction. Alternatively, to the extent that subject matter jurisdiction exists, all of the plaintiff's claims against Katy Hubener will be **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

SIGNED this 12th day of December, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE