# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DONALD L. WISE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:16-CV-1039-M |
| ) | |
| CHRIS WILMOTH, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The defendants' *Motion to Dismiss Under Rule 12(b)(1) and 12(b)(6)*, filed November 28, 2016 (doc. 45) is **GRANTED in part** and **DENIED in part**. By separate judgment, the plaintiff's constitutional claims will be **DISMISSED without prejudice** for lack of subject-matter jurisdiction, but to the extent that subject-matter jurisdiction exists, the claims will be **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted. All of the plaintiff's state law claims against D. Scott Curry will be **DISMISSED with prejudice** based on qualified immunity, and alternatively, for failure to state a claim. The remaining state law claims will be *sua sponte* **DISMISSED with prejudice** for failure to state a claim. Plaintiff's motion for summary judgment is **DENIED AS MOOT**.

SIGNED this 31 day of July, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE